# Mazhenwei





Infringing Evi. 00002



Infringing Evi. 00003



2025/7/3 09:47  Review your order - Walmart.com





**Infringing Evi. 00005**

https://www.walmart.com/checkout/review-order?cartId=477c255f-73ad-4fd9-ba96-3c0d6780bceb   1/2



**Text updates for this order**

☑ Send to (xxx) xxx-1587
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our Mobile Alert Terms.

**Infringing Evi. 00006**



**Mazhenwei**

Jingjijishukaifaqufengchengsilu
Xianshi, SN 710018, CN

Contact seller   |   (+86) 18665314764

**Seller Reviews**                                                                                               View all
5 out of 5 ★★★★★
1 ratings | 0 reviews

**About the Store**                                                                                              View more
Business Name: xianmazhenweishangmaoyouxiangongsi

   

Featured      Shop all



+ Add
**Now $5.99** $18.09  +$4.99 shipping
Urinal for Men Spill Proof Men's Potty Portable Urinal Pee Bottle 2000 ML for Hospital Home Camping Car Travel
★★★★☆ 53



+ Add
**Now $3.99** $4.78  +$4.99 shipping
Boogie Boards for Beach Swimming Kickboard with Ergonomic Grip Handles



+ Add
**Now $8.05** $14.98  +$4.99 shipping
Nail Fungus Laser Treatment Device for Multiple Toenail
★★★☆☆ 34

**Seller reviews**

5 out of 5 ★★★★★
1 rating | 0 review




| 5 stars | 100% (1) |
| 4 stars | 0% (0) |
| 3 stars | 0% (0) |
| 2 stars | 0% (0) |
| 1 star  | 0% (0) |

How seller rating is calculated  ⓘ

( View all review (1) )

**Infringing Evi. 00008**