UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-25472-RAR

**THE GALLEON GUILD LTD.**,

    Plaintiff,

v.

**MAZHENWEI**,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO
CONDUCT LIMITED EXPEDITED THIRD-PARTY DISCOVERY**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Limited Third-Party Discovery ("Motion"), [ECF No. 8], filed on December 18, 2025. The Court has reviewed the Motion and is otherwise duly advised. For the reasons stated herein, the Motion is **GRANTED**.

On November 24, 2025, Plaintiff filed the present action for trademark infringement of U.S. Trademark Registration No. 6,501,829. Compl., [ECF No. 1] ¶ 1. Plaintiff alleges that Defendant, through an e-commerce store, advertises, offers for sale, and sells products bearing counterfeit or infringing versions of Plaintiff's trademark. *Id.* ¶ 3. Plaintiff's Motion avers that the Seller ID information from Walmart, Inc. is insufficient to identify and serve Defendant. Mot. at 1–2. Plaintiff seeks leave to serve a limited expedited discovery request upon Walmart, Inc. to obtain the email address associated with Defendant's Walmart merchant account in order to serve process on Defendant. *Id.* at 3.

Plaintiff seeks limited discovery pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, which allows a district court to order discovery early. Federal courts allow parties to conduct expedited discovery in advance of a Rule 26(f) conference where the party establishes "good cause" for such discovery. *Tracfone Wireless, Inc. v. Adams*, 304 F.R.D. 672, 673 (S.D.

Fla. 2015). Here, good cause is shown by the fact that Plaintiff is unable to identify Defendant based on the available information, and expedited discovery is warranted so that Plaintiff may obtain information to facilitate service. *See, e.g.*, *United States v. Mayer*, No. CIV8:03CV415T26TGW, 2003 WL 1950079, at *1–2 (M.D. Fla. Feb. 20, 2003) (ordering expedited civil discovery due to the risk of irreparable injury); *Twentieth Century Fox Film Corp. v. Mow Trading Corp.*, 749 F. Supp. 473, 475 (S.D.N.Y. 1990) (granting plaintiff expedited discovery in copyright infringement case so that factual inquiries could be made to avoid further irreparable harm). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion, [ECF No. 8], is **GRANTED** for good cause shown pursuant to Federal Rule of Civil Procedure 26(d). Plaintiff may serve a limited discovery request upon Walmart, Inc. to obtain the email address associated with Defendant's merchant account.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of December, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**