UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-25472-RAR

THE GALLEON GUILD LTD,

        *Plaintiff*,

v.

MAZHENWEI,

        *Defendant*.

_____/

**CERTIFICATE OF SERVICE**
**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

    I hereby certify that on January 19, 2026, I sent an email to Defaulting Defendant Mazhenwei, using the email address provided by the third-party e-commerce platform. This email notifies Defendant that Plaintiff has filed a Motion for Default Judgment against Defendant.

    The relevant document [ECF No. 14] was attached to the email, and the following link was also included in the email: https://cloud.palmerlawgroup.com/index.php/s/BN8w3W8hezUNkwV.

January 20, 2026.

                                              Respectfully submitted,

                                              /s/ Andrew Palmer
                                              Andrew J. Palmer
                                              Palmer Law Group, P.A.
                                              110 East Broward Blvd, Suite 1700
                                              Fort Lauderdale, FL 33301
                                              Phone: 954-771-7050
                                              ajpalmer@palmerlawgroup.com
                                              ***Attorney for Plaintiff***