# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-CV-25472-RAR

THE GALLEON GUILD LTD,

        *Plaintiff*,

  v.

MAZHENWEI,

        *Defendant*.

_____ /

### <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff THE GALLEON GUILD LTD, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the sole Defendant with prejudice. Each party shall bear its own costs and fees.

| Defendant | Defendant's Walmart Store URL |
|---|---|
| Mazhenwei | https://www.walmart.com/global/seller/102766320 |

Since the Defendant has been dismissed from the case, Plaintiff respectfully requests that the case be closed.

January 31, 2026.

        Respectfully submitted,

        /s/ Andrew Palmer_____
        Andrew J. Palmer
        Palmer Law Group, P.A.
        110 East Broward Blvd, Suite 1700
        Fort Lauderdale, FL 33301
        Phone: 954-771-7050
        ajpalmer@palmerlawgroup.com
        ***Attorney for Plaintiff***

1